RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  10 / 5 / 06
BY  Om

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DUNCAN J MCNEIL, III | CIVIL ACTION NO. 5:05CV1215 |
| VERSUS | JUDGE WALTER |
| | MAG. JUDGE HORNSBY |
| UNITED STATES OF AMERICA, ET AL | |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☒ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

☐ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 5 day of Oct, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE